IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PERRY T. LAPUMA,

Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS and CORIZON
HEALTH SERVICES, INC.,

Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2485

Opinion filed September 16, 2016.

An appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

Perry T. LaPuma, pro se, Appellant.

Kenneth Steely, General Counsel, Pamela Jo Bondi, Attorney General, and
Anthony D. Constantini, Assistant Attorney General, Tallahassee for Appellee
Department of Corrections; Joseph E. Brooks and Jami M. Kimbrell of Brooks
Law, Tallahassee, for Appellee Corizon Health Services, Inc.

PER CURIAM.

AFFIRMED.

B.L. THOMAS, WINOKUR, and JAY, JJ., CONCUR.